# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-2752
LT Case No. 2017-303585-CFDB

_____

WARREN MILLER,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.850 Appeal from the Circuit Court for Volusia County.
Karen A. Foxman, Judge.

Warren Miller, Crawfordville, pro se.

James Uthmeier, Attorney General, Tallahassee, and Stephen Randolph Putnam, Jr., Assistant Attorney General, Daytona Beach, for Appellee.

November 10, 2025

PER CURIAM.

    AFFIRMED.

MAKAR, WALLIS, and EDWARDS, JJ., concur.

———————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————